John W. Becker, Appellant, *v.* New Penn Development Corporation, Respondent. (Action No. 3.)

Argued May 14, 1947; decided May 29, 1947.

*John W. Becker,* in person, and *George A. King* for John W. Becker, appellant.

*William M. Wherry, W. Earle Costello* and *William Law Clay, Jr.,* for respondent.

Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.